IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH MELVIN CHERCH,       )
                             )
    Plaintiff,               )
                             )
    v.                       )    CASE NO. 2:25-cv-445-ECM
                             )
J. WOODS, *et al.*,          )
                             )
    Defendants.              )

**O R D E R**

On April 15, 2026 the Magistrate Judge entered a Recommendation (doc. 5) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 5) is ADOPTED, and this case is DISMISSED with prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

DONE this 14th day of July, 2026.

           /s/ Emily C. Marks
           EMILY C. MARKS
           UNITED STATES DISTRICT JUDGE